**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**CORA LEE PITTS**                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:22-CV-5010**

**SHERIFF TIM HELDER,**
**Washington County, Arkansas**                                          **DEFENDANT**

<u>**JUDGMENT**</u>

For the reasons stated in the Order filed this date, **IT IS HEREBY ORDERED AND**

**ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 17th day of February, 2023.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE